# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC35 | E 2125049 | R. MEJIA | US11 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 09/30/2024  05:44 PM | CVC-23222(a) |

Place of Offense: FRONTAGE RD / WOOD RD
NAVAL BASE VENTURA COUNTY
POINT MUGU CA, 93041

Offense Description: Factual Basis for Charge    HAZMAT ☐

OPEN CONTAINER OF ALCOHOL

AS ASSIMILATED BY 18USC13

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GUEVARA-VILLANUEVA | ALFREDO | — |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 8XMY602 | CA | 2004 | HNDA/ACCORD | | BLUE |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E2125049*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **09/30**, 20**24** while exercising my duties as a law enforcement officer in the **CENTRAL** District of **CALIFORNIA**

SEE ATTACHED PROBABLE CAUSE STATEMENT.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/30/2024**
Date (mm/dd/yyyy)    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident